UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBRA A. LEWIS,<br><br>           Plaintiff,<br><br>v.<br><br>THE MARMON GROUP LLC,<br><br>           Defendant. | No. 1:11-cv-01806<br><br>Judge William J. Hibbler<br>Magistrate Judge Martin C. Ashman |

## DEFENDANT'S RULE 12(B)(1) MOTION TO DISMISS

Defendant, The Marmon Group LLC ("Defendant" or "Marmon"), pursuant to Rule 12 of the Federal Rules of Civil Procedure, moves to dismiss Plaintiff Debra Lewis' ("Plaintiff" or "Lewis") Complaint of Employment Discrimination for lack of subject matter jurisdiction. Lewis was not an employee of Marmon, but rather was, at all relevant times, an independent contractor. The Seventh Circuit has held that "independent contractors are not protected by Title VII." *Knight v. United Farm Bureau Mutual Insurance Co.*, 950 F.2d 377, 380 (7th Cir. 1991). As a result, this Court should dismiss Title VII claim against Marmon for lack of jurisdiction.

Respectfully submitted,

THOMPSON COBURN LLP

By:    /s/ *Susan Lorenc*
        One of Its Attorneys

Erica Freeman, Esq.
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Fax: (314) 552-7000

and

Susan Lorenc
Thompson Coburn LLP
55 E. Monroe, 37th Floor
Chicago, Illinois 60603
Telephone: (312) 346-7500
Fax: (312) 782-6894

Counsel for The Marmon Group LLC