## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
## Eastern Division

Debra A Lewis
                              Plaintiff,

v.                                                     Case No.: 1:11−cv−01806
                                                            Honorable William J. Hibbler

The Marmon Group LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 14, 2011:

       MINUTE entry before Honorable William J. Hibbler: Status hearing held on 6/14/2011. Motion hearing held on 6/14/2011 regarding motion to dismiss [12]. Defendant's Rule 12(b)(6) Motion to dismiss [12] is taken under advisement. Plaintiff to respond by 7/15/2011. Defendant to reply by 7/29/2011. Ruling by mail. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.